UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CRAIG HEMBACH,**

    **Plaintiff,**

v.   Case No. 5:16-cv-230-Oc-39PRL

**EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 10; Stipulation) filed on June 10, 2016. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear their own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 13th day of June, 2016.

_____
BRIAN J. DAVIS
United States District Judge

kr

Copies to: Counsel of Record